| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Altenburg, Jr, Andrew B. | 2. Court or Organization Bankruptcy Court, District of New Jersey | 3. Date of Report 05/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
401 Market Street
Camden, New Jersey 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Andrew B. Altenburg, Jr., Esquire PC |
| 2. Sole Member | ALEMSA, LLC |
| 3. Trustee (resigned 4/30/14) | New Jersey Bankruptcy Lawyers Foundation |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Andrew B. Altenburg, Jr. Esquire PC/salary | $153,945.00 |
| 2. 2013 | Andrew B. Altenburg, Jr. Esquire PC/salary | $154,746.00 |
| 3. 2014 | Andrew B. Altenburg, Jr. Esquire PC/salary | $65,960.00 |
| 4. 2012 | ALEMSA LLC/rental income | $13,752.00 |
| 5. 2013 | ALEMSA LLC/rental ncome | $18,743.00 |
| 6. 2014 | ALEMSA LLC/remtal income | $8,978.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Cherry Hill Board of Education/salary |
| 2. 2014 | Cherry Hill Board of Education/salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the Courts | 07/07/14 - 07/11/14 | New York, NY | FJC - Phase I Orientation for Newly Appointed Judges | Lodging, Meals |
| 2. | Administrative Office of the Courts | 08/12/14 - 8/15/14 | Boston, MA | FJC - Workshop for Bankruptcy Judges | Lodging, Transportation, Meals |
| 3. | Law and Economics Center at George Mason University | 09/07/14 - 09/12/14 | Fairfax, VA | Economics Seminar | Lodging, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

| 4. | National Conference of Bankruptcy Judges | 10/07/14 - 10/10/14 | Chicago, IL | Annual Conference | Lodging |
|---|---|---|---|---|---|
| 5. | Administrative Office of the Courts | 11/16/14 - 11/21/14 | Washington, DC | FJC - Phase II Orientation for Newly Appointed Judges | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fulton Bank | guaranty of line of credit for coroporation (Pt VII, line 1) | K |
| 2. | Fulton Bank | guaranty of mortgage for LLC (Pt VII, line 2) | K |
| 3. | LL Bean | credit card | J |
| 4. | Barclays | credit card | J |
| 5. | Chase | credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Andrew B. Altenburg, Jr. Esquire PC (law practice) | G | Distribution | L | T | | | | | |
| 2. ALEMSA LLC (commercial rental property) | E | Distribution | M | T | | | | | |
| 3. South Jersey Federal Credit Union Accounts | A | Dividend | J | T | | | | | |
| 4. American Funds Accounts | | | | | | | | | |
| 5. - The Growth Fund of America - A (former Invst Co of America - A) | A | Dividend | J | T | | | | | |
| 6. Ameriprise Achiever Circle Portfolio/ Ameriprise ONE Financial Account | | | | | | | | | |
| 7. - Ameriprise Insured Money Market Account | A | Dividend | K | T | | | | | |
| 8. - Columbia Absolute Retrun Multi Strategy Mutual Fund | A | Dividend | K | T | | | | | |
| 9. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | | | | | |
| 10. - Alcatel Lucent stock | A | Dividend | J | T | | | | | |
| 11. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 12. - IRA (1) | A | None | L | T | | | | | |
| 13. - Blackrock Global Alloc Investor CL C | | | | | | | | | |
| 14. - Columbia Strategic Income CL C | | | | | | | | | |
| 15. - Oppenheimer Rising Dividends CL C | | | | | | | | | |
| 16. - Oppenheimer Real Estate CL C | | | | | | | | | |
| 17. - Prudential Short Term Corp Bond CL C | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IRA (2) | A | None | K | T | | | | | |
| 19. - Wells Fargho Advantage Wealthbuilder Moderate Balanced | | | | | | | | | |
| 20. Oppenheimer Simple IRA | A | None | K | T | | | | | |
| 21. - Oppenheimer Rising Dividends, CL C | | | | | | | | | |
| 22. - Oppenheimer Limited-Term Government, CL C | | | | | | | | | |
| 23. - Oppenheimer International Growth Fund, CL C | | | | | | | | | |
| 24. - Oppenheimer Global Strategic Income, Class C | | | | | | | | | |
| 25. Oppenheimer Traditional Single 401k | A | None | L | T | | | | | |
| 26. - Oppenheimer Rising Dividends, CL C | | | | | | | | | |
| 27. - Oppenheimer Global Strategic Income, Class C | | | | | | | | | |
| 28. - Oppenheimer Limited Term Government, Class C | | | | | | | | | |
| 29. - Oppenheimer International Growth, Class C | | | | | | | | | |
| 30. NJBEST - 529 - aged based | | Distribution | K | T | Sold (part) | 12/31/14 | K | C | |
| 31. NJBEST - 529 - age based | | None | K | T | | | | | |
| 32. NJBEST - 529 - age based | | None | K | T | | | | | |
| 33. Lincoln Investment 403B | | Dividend | L | T | | | | | |
| 34. - Blackrock Global Allocation Fund - A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ivy Asset Strategy Fund - A | | | | | | | | | |
| 36. Disney Common Stock | A | Dividend | J | T | | | | | |
| 37. GE Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt VII, Line 1 - Law practice was sold to Robert J. Malloy, Esquire PC in April 2014. Beginning June 2014, corporation to receive $1,500 a month for thirty six (36) months. Funds will be used to satisfy corporate debts and once satisfied, the funds will be turned over to reporting person.

Pt VII, line 2 - ALEMSA LLC owns commercial real property which is currently vacant but is being marketd for sale or rent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew B. Altenburg, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544